# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 22. Notice of Change of Address

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 22**
Electronic filers must use PACER to update their information.
Use Form 22 only if you are **not** registered for Appellate Electronic Filing.

**9th Cir. Case Number(s)** 26-3775

**Case Name** Wise v. Edmont de la Doucette

**Full Name(s)**

Jared Wise

**NEW MAILING ADDRESS**

Address 700 Constitution Ave., NE #37

City Washington

State/Province/Region DC Zip Code 20002

Country (if not USA)

Prisoner Inmate or A Number (if applicable)

Phone Number (if applicable)

**Signature** /s/ Jared Wise **Date** 07/16/2026

***Mail this form on or before your brief's current due date to the court at:***
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*